UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND L. ROMANO,

    Plaintiff,
v.                           Case No. 13-14065
                                  HON. TERRENCE G. BERG
COMMISSIONER OF         HON. CHARLES E. BINDER
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION (Dkt. 16)

This matter is before the Court on Magistrate Judge Charles E. Binder's January 4, 2015 Report and Recommendation (Dkt. 16), recommending that Defendant's Motion for Summary Judgment (Dkt. 14) be GRANTED, that Plaintiff's Motion for Summary Judgment (Dkt. 12) be DENIED, and that the findings of the Commissioner be AFFIRMED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Nevertheless, the Court has carefully reviewed and does hereby accept the Magistrate Judge

Binder's Report and Recommendation of January 4, 2015, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Binder's Report and Recommendation of January 4, 2015 (Dkt.16) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. 14) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Dkt. 12) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**.

Dated: January 23, 2015  　　　　　　　s/Terrence G. Berg  
　　　　　　　　　　　　　　　　　　TERRENCE G. BERG  
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on January 23, 2015, using the CM/ECF system, which will send notification to all parties.

　　　　　　　　　　　　　　　　　　s/A. Chubb  
　　　　　　　　　　　　　　　　　　Case Manager